**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA WEISS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND CITIBANK, N.A.,<br><br>Defendants. | Case No.:   3:23-cv-00493-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO ARBITRATE CLAIMS AND STAY PROCEEDINGS BETWEEN PLAINTIFF AND DEFENDANT CITIBANK, N.A. PENDING ARBITRATION |

Plaintiff Maria Weiss and defendant Citibank, N.A. stipulate as follows:

1. October 6, 2023, Ms. Weiss filed her complaint against Citi asserting a claim for an alleged violation of the Fair Credit Reporting Act, 15 U.S. C. § 1681 et seq. based on Citi's supposed failure to investigate Ms. Wiess's reports of identity theft relating to her Citi credit card.

2. On November 17, 2023, Citi timely moved to compel arbitration and dismiss the complaint against Citibank, ECF Nos. 15-19.

3. Ms. Weiss has since agreed to stipulate to Citi's requested relief to arbitrate her claims against Citi.

4. The agreement to arbitrate is contained in the credit card's governing agreement, attached as Exhibit A-1 to Citi's motion to compel arbitration, ECF No. 16.

. . .

1

73863142;2

**STIPULATION**

1. Ms. Weiss and Citi stipulate and agree that Ms. Weiss will submit her claims in this action against Citi to final and binding arbitration before the American Arbitration Association, as provided in the credit card agreement, ECF No. 16 at Ex. A-1.

2. Ms. Weiss's claims against Citi, and any discovery between these parties in this court, will be stayed pending arbitration.

3. The parties will notify the court upon completion of arbitration and/or the appropriate party may move to confirm the arbitration award.

Based on the foregoing, Ms. Weiss and Citi respectfully request the court approve this stipulation to refer Ms. Weiss's claims against Citi to final and binding arbitration and stay Ms. Weiss's claims against Citi, including discovery.

DATED December 4th, 2023.

| **Marcus & Zelman, LLC** | **AKERMAN LLP** |
|---|---|
| /s/ Yitzchak Zelman | /s/ Donna M. Wittig |
| Yitzchak Zelman, Esq. | NATALIE L. WINSLOW, ESQ. |
| 701 Cookman Avenue, Suite 300 | Nevada Bar No. 12125 |
| Asbury Park, NJ 07712 | DONNA M. WITTIG, ESQ. |
| *admitted pro hac vice* | Nevada Bar No. 11015 |
|  | 1635 Village Center Circle, Suite 200 |
| **CONSUMER ATTORNEYS** | Las Vegas, Nevada 89134 |
| Michael Yancey III, Esq. |  |
| Nevada Bar No. 16158 | *Attorneys for defendant Citibank, N.A.* |
| 2300 West Sahara Avenue |  |
| Suite 800 |  |
| Las Vegas, NV 89102 |  |
|  |  |
| *Attorneys for plaintiff Maria Weiss* |  |

**IT IS SO ORDERED.**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 6, 2023.

2

73863142;2