# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA WEISS,<br><br>                     Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>                    Defendants. | 3:23-cv-00493-ART-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, February 23, 2024.**

**IT IS SO ORDERED.**

DATED: February 2, 2024.

_____
Craig S. Denney
United States Magistrate Judge