IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA WEISS, | Civil Case Number: 3:23-cv-00493-ART-CSD |
| Plaintiff, | |
| -against- | ORDER GRANTING |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and CITIBANK, N.A., | |
| Defendants. | |

**STIPULATION OF DISMISSAL
AS TO EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Maria Weiss and Defendant Equifax Information Services, LLC ("The Parties"), hereby stipulate to the Plaintiff's voluntary dismissal all claims against Defendant **Equifax Information Services, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **Equifax Information Services, LLC.**

Dated:       July 30, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Gia Marina |
| Yitzchak Zelman, Esq. | Gia Marina, Esq. |
| PRO HAC VICE | Clark Hill PLC |
| Marcus & Zelman, LLC | 1700 South Pavilion Center Drive |
| 701 Cookman Avenue, Suite 300 | Suite 500 |
| Asbury Park, New Jersey 07712 | Las Vegas, NV 89135 |
| Tel: (732)-695-3282 | Tel: (702) 862-8300 |
| Email: yzelman@marcuszelman.com | Email: gmarina@clarkhill.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Maria Weiss* | *Equifax Information Services, LLC* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated:      August 1, 2024