ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARIA WEISS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND CITIBANK, N.A.,<br><br>　　　　　Defendants. | Case No.:   3:23-cv-00493-ART-CSD<br><br>ORDER GRANTING<br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Defendant Citibank, N.A., by and through its undersigned attorneys, hereby provides notice that Natalie L. Winslow, Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Citibank, N.A. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig

DATED February 10th, 2025.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1180 North Town Center Drive, Suite 200
Las Vegas, Nevada 89144

*Attorneys for defendant Citibank, N.A.*

IT IS SO ORDERED.
DATED:  February 11, 2025.



_____
Craig S. Denney
United States Magistrate Judge