SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA WEISS,<br><br>              Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and CITIBANK, N.A.,<br><br>              Defendants. | Case No.: 3:23-cv-00493-ART-CSD<br><br>ORDER GRANTING<br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

Akerman LLP continues to serve as counsel for Citibank, N.A.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Nicholas E. Belay, Esq.

DATED this 23rd day of July, 2025.        **AKERMAN LLP**

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ. (12016)
NICHOLAS E. BELAY, ESQ. (15175)
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144

*Attorneys for Citibank, N.A.*

IT IS SO ORDERED.

DATED:  July 24, 2025.



Craig S. Denney
United States Magistrate Judge